McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL 2 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUCIOUS JAMES ROY,
DAWNIEL SANTANGELO,

Defendants.

CASE NO. 2:19-CR-0125 GEB

ORDER TO SEAL

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorneys CAMERON L. DESMOND and BRIAN A. FOGERTY to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of both defendants or until further order of the Court.

Dated: 7-25-19

_____
DEBORAH L. BARNES
United States Magistrate Judge

TYPE PLEADING NAME

i