IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAWNIEL SANTANGELO ET AL

    Defendant.

CR NO: 2:19-CR-0125 GEB

**FILED**
JUL 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | DAWNIEL SANTANGELO | |
| Detained at: | Jackson County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint  charging detainee with: 18 U.S.C. § 1591 – Sex Trafficking of a Child |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges. |

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature:
Printed Name & Phone No:    Assistant United States Attorney
     Cameron L. Desmond
     916-554-2700
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7-24-19

Honorable Deborah Barnes
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☒ Female | |
| Booking or CDC #: | SO# 00107838 | DOB: | |
| Facility Address: | 787 W. 8th St., Medford, OR 97501 | Race: | |
| Facility Phone: | 541-774-6800 | FBI#: | |
| Currently | Jackson County Jail | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                                        (signature)