IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:19-cr-00125-KJM |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| DAWNIEL SANTANGELO, | ) | |
| Defendant. | ) | |

CJA attorney Philip Cozens asked to be relieved when the case was still assigned to The Honorable Garland E. Burrell, Jr. CJA Panel attorney Michael Chastaine is hereby appointed effective January 27, 2020, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: February 5, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE