PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAWNIEL SANTANGELO,<br><br>Defendant. | CASE NO. 2:19-CR-125 KJM<br><br>ORDER REQUIRING THE UNITED STATES MARSHALS SERVICE TO OBTAIN AND PRODUCE TO THE COURT AND PARTIES DEFENDANT'S COVID-19 TEST RESULTS AND VACCINATION STATUS BY AUG. 10, 2021, AT 3:30 P.M.<br><br>COURT: Hon. Kimberly J. Mueller |

The Court hereby FINDS that defendant Dawniel Santangelo is in the custody of the United States Marshals Service. The Court further FINDS that based on the representations of counsel for the defendant and a representative of the United States Marshals Service, defendant Santangelo was tested for COVID-19 on August 9, 2021. The Court FINDS that defendant Santangelo's COVID-19 status is information that is important to the Court's determination of whether the jury trial in this case may proceed as planned on August 11, 2021. Therefore, without objection from the defendant, the Court hereby ORDERS the United States Marshals Service to do all in its power to obtain and produce to the Court and parties the results of defendant Santangelo's COVID-19 test on or before August 10, 2021, at 1:00 p.m.

The Court also FINDS that defendant Santangelo's COVID-19 vaccination status is information that is important to the Court's determination of whether the jury trial in this case may proceed as planned. Therefore, without objection from the defendant, the Court hereby ORDERS the United States

Marshals Service to do all in its power to produce to the Court and the parties information regarding the defendant's vaccination status on or before August 10, 2021, at 3:30 p.m.

All information provided by the Marshals Service COVID-19 test results and vaccination status shall be treated as confidential unless or until otherwise ordered by the Court.

The Court sets this case for a status hearing to be held via videoconference on August 10, 2021, at 3:30 p.m.

SO ORDERED.

Dated:  August 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE