PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DAWNIEL SANTANGELO,<br><br>           Defendant. | CASE NO. 2:19-CR-125 KJM<br><br>**ORDER PURSUANT TO 18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY AND REQUIRING TESTIMONY – SAREYA S.** |

NOW, THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. § 6002, that Sareya S. give testimony or provide other information, which she now refuses to give or provide information, with respect to her knowledge concerning sex trafficking activity of Dawniel Santangelo in the above-referenced case, on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Sareya S. in any criminal case, except that Sareya S. shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply

ORDER                                      1

with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: August 11, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER     2