PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
BRIAN A. FOGERTY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAWNIEL SANTANGELO,<br><br>Defendant. | CASE NO. 2:19-CR-125-KJM<br><br>ORDER SEALING DOCUMENT AS SET FORTH IN UNITED STATES' NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the United States' Request to Seal, the Court's prior order prohibiting public disclosure of the full names of minor victims, and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the one-page letter authorizing immunity for Sareya S., and the United States' Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for defendant Dawniel Santangelo.

DATED: August 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE