UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00125-KJM-2 |
| Plaintiff, | ORDER |
| v. | |
| Dawniel Santangelo, | |
| Defendant. | |

      Proceeding pro se, defendant Dawniel Santangelo moves the court to reduce her sentence under 18 U.S.C. § 3582(c)(2) based on the retroactive application of the Sentencing Commission's Amendment 821 to the Sentencing Guidelines. Mot., ECF No. 187.[1] The government opposes. Opp'n, ECF No. 190.

      Amendment 821, which applies retroactively, amends section 4A1.1 of the U.S. Sentencing Guidelines to reduce or eliminate status points in certain circumstances. *See* U.S.S.G. § 4A1.1(e); Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534-02 (Sept. 1, 2023); U.S.S.G. Amend. 821. The court is not authorized to reduce a defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) if Amendment 821 "does not have the effect of

---

[1] The Office of the Federal Defender has filed a notice in accordance with General Order 670 that it will not assume representation of defendant with regards to this pro se motion. *See* Notice, ECF No. 193.

lowering the defendant's applicable guideline range." U.S.S.G. § 1B1.10(a)(2)(B); *see* 18 U.S.C. § 3582(c)(2) (reduction of sentence "must be consistent with applicable policy statements issued by the Sentencing Commission").

Defendant now moves for a reduction in sentence under 18 U.S.C. § 3582(c)(2) based on the amended "status point" provision in the Sentencing Guidelines. Mot. at 1. However, defendant did not receive any status points for committing the offense while under any criminal justice sentence. *See* Rev. Final PSR ¶¶ 71–73, ECF No. 154; *see also* Court Rev. PSR, ECF No. 161. Rather, defendant received a criminal history score of one based on a prior criminal conviction. *See* Rev. Final PSR ¶¶ 68–73. Therefore, Amendment 821 has no effect on defendant's applicable guideline range and defendant is not eligible for a reduction in sentence. *See, e.g.*, *United States v. Villaneuva*, No. 19-0192, 2024 WL 1513620, at *1 (W.D. Wash. Apr. 8, 2024) (holding similarly); *United States v. Mendez*, No. 11-00356, 2024 WL 2836052, at *2 (E.D. Cal. June 4, 2024) (same). The motion is **denied**.

This order resolves ECF No. 187.

IT IS SO ORDERED.

DATED: July 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE