ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00125-KJM |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| DAWNIEL SANTANGELO, | |
| Defendant. | |

On September 18, 2025, Respondent requested a 90-day extension of time to file its response or opposition to Defendant Santangelo's §2255 petition. Docket No. 200.

IT IS HEREBY ORDERED that Respondent's request for a 90-day extension is granted. The response is now due December 19, 2025.

Dated: September 23, 2025.

_____
UNITED STATES DISTRICT JUDGE

ORDER