ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00125-DAD-2 |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| DAWNIEL SANTANGELO, | |
| Defendant. | |

On March 4, 2026, Respondent requested an unopposed motion for a 14-day extension of time to file its opposition to Defendant Santangelo's §2255 petition. Docket No. 200.

IT IS HEREBY ORDERED, that Respondent's request for a 14-day extension is granted. The government's response is now due April 3, 2026.

IT IS SO ORDERED.

Dated:    **March 10, 2026**                    _____

                                                                DALE A. DROZD
                                                                UNITED STATES DISTRICT JUDGE

ORDER